IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| REPBULIC BANK,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIANA MEJIA,<br><br>Defendant. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br>Case No. 1:13-CV-150<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead recommending that the Court deny Defendant's motion to quash service and to set aside the entry of default against her. (Dkt. No. 7.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

1

Accordingly, the Court hereby **DENIES** Defendant's motion.

>**IT IS SO ORDERED**.

>DATED this 22nd day of July, 2014.

>_____
>Dee Benson
>United States District Judge